# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JANE DOE,

Appellant,

v.

FEDERATION FRANCAISE DES SPORTS DE GLACE d/b/a FRENCH
FEDERATION OF ICE SPORTS and MORGAN CIPRES,

Appellees.

No. 2D2025-0477

———————————————

February 25, 2026

Appeal from the Circuit Court for Pasco County; Susan Barthle, Judge.

Jennifer A. Winegardner of Rayboun Winegardner PLLC, Tallahassee, for
Appellant.

Christian F. Schoepp of Obront, Corey & Schoepp, PLLC, Miami, for
Appellee Federation Francaise Des Sports De Glace d/b/a French
Federation of Ice Sports.

No appearance for remaining Appellee.

PER CURIAM.

   Affirmed.

VILLANTI, LaROSE, and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.